IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**
**Plaintiff,**

v.

**LASHAWN L. WILKS,**
**Defendant.**                                                   No. 10 - CR - 30134 DRH

### ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court on Defendant's Second Motion to Continue Trial (Doc. 31) seeking at least a 30-day continuance from his trial setting of January 31, 2011. Defendant's Motion and Memorandum in Support of Application of the Fair Sentencing Act of 2010 has been briefed (Docs. 17, 25, 28) and is pending before the Court. Defendant believes the ruling on that Motion is necessary for him to be advised of the potential penalties against him and to make an informed decision how to proceed. The Motion further states that the Government does not object to this continuance request. There are no other codefendants in this case. The Court being fully advised in the premises finds that Defendant needs additional time. To force the Defendant to trial without sufficient time to prepare in light of the pending Motion before the Court would be a manifest miscarriage of justice. **See 18 U.S.C. § 3161(h)(7)(B)(i)**. Further, refusing to grant a continuance in this matter would "deny counsel for the defendant . . . the reasonable time necessary for effective

preparation, taking into account the exercise of due diligence." *See* **18 U.S.C. § 3161(h)(7)(B)(iv)**. The Court therefore finds that pursuant to **18 U.S.C. § 3161(h)(7)(A)**, the ends of justice served by the granting of such continuance outweigh the best interests of the public and the Defendant in a speedy trial. Accordingly, the Court **GRANTS** Defendant's Second Motion to Continue (Doc. 31). The Court hereby **CONTINUES** the jury trial scheduled for January 31, 2011, to **Monday, March 7, 2011, at 9:00 a.m.** The time from the date this Second Motion to Continue (Doc. 31) was filed, January 26, 2011, until the date the trial is rescheduled, March 7, 2011, is excludable time for the purposes of speedy trial.

    **IT IS SO ORDERED.**

    Signed this 27th day of January, 2011.

David R. Herndon
2011.01.27 16:27:57
-06'00'

**Chief Judge**
**United States District Court**