IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,
Plaintiff,

v.

LASHAWN L. WILKS,
Defendant.                                            No. 10 - CR - 30134 DRH

**ORDER**

**HERNDON, Chief Judge:**

This matter comes before the Court on Defendant's Third Motion to Continue Trial (Doc. 34), seeking a 30-day continuance in his jury trial setting of March 7, 2011. Since the Court's order on February 4 regarding the Fair Sentencing Act of 2010 (Doc. 33), the parties have been engaged in plea negotiations. Defendant's Motion requests more time to complete these negotiations. The Motion further states that the Government does not object to this continuance request. There are no codefendants in this case.

Every defendant facing criminal charges has a right to a trial by jury or to plead to those charges. If the Court were to deny a continuance despite ongoing plea negotiations, this could severely impact the outcome of the negotiations, thereby resulting in a miscarriage of justice. **See 18 U.S.C. § 3161(h)(7)(B)(i)**. Therefore, pursuant to **§ 3161(h)(7)(A)**, the Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant

in a speedy trial. Accordingly, the Court **GRANTS** Defendant's Third Motion to Continue (Doc. 34).

The Court hereby **CONTINUES** the jury trial scheduled for March 7, 2011, to **Monday, April 18, 2011, at 9:00 a.m.** The time from the date this Motion was filed, February 24, 2011, until the date the trial is rescheduled, April 18, 2011, is excludable time for the purposes of speedy trial.

**IT IS SO ORDERED.**

Signed this 28th day of February, 2011.

David R. Herndon
2011.02.28
11:27:04 -06'00'

**Chief Judge**
**United States District Court**