# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| -vs- ) | No. 10-CR-30134-001-DRH |
| LASHAWN L. WILKS, ) | |
| Defendant. ) | |

## MINUTES OF NON-COMPLIANCE HEARING

**PRESIDING:** Hon. David R. Herndon, Chief Judge

**DATE:** January 14, 2013          **PLACE:**   East St. Louis, Illinois

**COURT REPORTER:** Laura Blatz          **COURTROOM DEPUTY:**   Sara Jennings

**COUNSEL FOR GOVERNMENT:** Angela Scott

**COUNSEL FOR DEFENDANT:** Melissa A. Day

                              **TIME: 10:30 AM – 10:50 AM**

Defendant appears in open Court with counsel, Melissa Day.  Angela Scott appears on behalf of the Government, accompanied by Mark Bundren, U.S. Probation Officer.  A non-compliance report has been submitted by the Probation department for failure to submit monthly written reports, failure to reside in a Residential Reentry Center and failure to attend substance abuse classes as directed.   Counsel for Defendant has reviewed the report with Defendant.

Defendant advised of penalties for non-compliance.